**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 81 EAL 2019

            Respondent          :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

           v.                     :

                                  :

MICHAEL ALSTON,                   :

                                  :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.